## CHRISTIE ET AL. v. SLINGINGER.

[No. 22,798. Filed November 2, 1915.]

APPEAL.—*Questions Reviewable.—Briefs.*—No question is presented on the overruling of the demurrer to a complaint, where appellants' brief wholly fails to meet the requirements of Rule 22.

From Morgan Circuit Court; *Nathan A. Whitaker*, Judge.

Action by Joseph Slinginger against Thomas J. Christie and another. From a judgment for plaintiff, the defendant appeals. (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

*Thad S. Adams, Otis E. Gulley* and *John V. Hadley,* for appellants.

*George C. Harvey, George E. Easley, Joseph W. Williams* and *Enloe & Pattison,* for appellee.

SPENCER, C. J.—This action was to have a judgment cancelled and vacated as being fraudulent. The sole question assigned as error, is the overruling of appellants' demurrer for insufficient facts, to the appellee's complaint.

There is no question presented; the appellants by their brief have wholly ignored Rule 22 of this court; it fails to set out the complaint or the substance thereof; it contains no statement of "Propositions or Points" and authorities

relied on.   Such disregard of rules precludes consideration
of the question.   Judgment affirmed.

NOTE.—Reported in 110 N. E. 61.   See, also, 3 C. J. 1287, 1300; 2
Cyc. 1014.